# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GREGORY O. DAVIS, SR., *et al.*, | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) | No. 08-cv-447 (KBJ) |
| JANET LOUISE YELLEN, *in her official capacity as Secretary of the Treasury*, | ) ) ) ) | |
| Defendant.[1] | ) ) ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Magistrate Judge G. Michael Harvey's Report and

Recommendation (ECF No. 164) is **ADOPTED** in its entirety.  It is

**FURTHER ORDERED** that Defendant's Motions for Summary Judgment (ECF

Nos. 127, 128) are **GRANTED**.

DATE:  June 22, 2021

*Ketanji Brown Jackson*
KETANJI BROWN JACKSON
United States Circuit Judge
Sitting By Designation

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Janet Louise Yellen, who currently serves as the Secretary of the Treasury, will be substituted for the prior Secretary, Steven Terner Mnuchin.